IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BARRY S. FRANKLIN,                                   04-CV-1603-JE

        Plaintiff,                              ORDER

v.

JO ANNE BARNHART, Commissioner
of the Social Security
Administration,

        Defendant.


KAREN A. BERKOWITZ
SPENCER M. NEAL
Oregon Law Center
921 S.W. Washington Street
Suite 516
Portland, OR  97205
(503) 473-8321

        Attorneys for Plaintiff

KARIN J. IMMERGUT
United States Attorney
NEIL J. EVANS
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland,  OR  97204
(503) 727-1000

1 - ORDER

**LUCILLE G. MEIS**
Office of General Counsel
**VIKASH CHHAGAN**
Special Assistant United States Attorney
Social Security Administration
701 Fifth Avenue, Suite 2900, M/S 901
Seattle, WA 98104
(206) 615-2662

Attorneys for Defendant

**BROWN, Judge.**

Magistrate Judge John Jelderks issued Findings and Recommendation (#46) on October 28, 2005, in which he recommended the Court deny Plaintiff's Motion for an Award of Attorneys Fees (#38).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#46) and, accordingly, **DENIES** Plaintiff's Motion

for an Award of Attorneys Fees (#38).

    IT IS SO ORDERED.

    DATED this 6th day of January, 2006.

                                             /s/ Anna J. Brown
                                    ANNA J. BROWN
                                    United States District Judge